# Exhibit 1

US00D891522S

(12) **United States Design Patent**
Liao

(10) Patent No.: **US D891,522 S**
(45) Date of Patent: ** **Jul. 28, 2020**

(54) **TOY AIRCRAFT**

(71) Applicant: **DONGGUAN TESMAI ELECTRONIC TECHNOLOGY CO., LTD**, Dongguan (CN)

(72) Inventor: **Yin Wei Liao**, Dongguan (CN)

(73) Assignee: **DONGGUAN TESMAI ELECTRONIC TECHNOLOGY CO., LTD**, Dongguan (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/730,859**

(22) Filed: **Apr. 9, 2020**

(30) **Foreign Application Priority Data**

Apr. 3, 2020 (EM) .................................. 007788641

(51) **LOC (12) Cl.** .............................................. **21-07**
(52) **U.S. Cl.**
USPC .............................. **D21/447**; D12/16.1
(58) **Field of Classification Search**
USPC ....... D12/1–4, 16.1, 319–345; D21/436–455
CPC .......... B64C 29/0033; B64C 2201/021; B64C 29/02; B64C 2201/088; B64C 2201/104; B64C 2201/141
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D171,133 S | * | 12/1953 | Jay | .............................. | D12/325 |
| D171,509 S | * | 2/1954 | Lightbourn | ................. | D12/325 |
| D174,679 S | * | 5/1955 | Cochran | ..................... | D12/330 |
| D175,873 S | * | 10/1955 | Apostolescu | ................ | D12/327 |
| D187,823 S | * | 5/1960 | Gassaway | ................... | D12/325 |
| D213,529 S | * | 3/1969 | Sherwood | ................... | D12/325 |
| D215,971 S | * | 11/1969 | Rosta | ......................... | D12/325 |
| D218,365 S | * | 8/1970 | Sherwood | ................... | D12/325 |
| D219,648 S | * | 1/1971 | Weaver | .......................... | D25/11 |
| D238,938 S | * | 2/1976 | Moller | .......................... | D12/325 |
| 4,214,720 A | * | 7/1980 | DeSautel | .............. | B64C 39/001 |
| | | | | | 244/12.2 |
| D292,194 S | * | 10/1987 | Moller | .......................... | D12/325 |
| 4,804,156 A | * | 2/1989 | Harmon | .............. | B64C 39/001 |
| | | | | | 244/23 C |
| D320,378 S | * | 10/1991 | Webster | ..................... | D12/319 |
| 5,203,521 A | * | 4/1993 | Day | ................. | B64C 39/064 |
| | | | | | 244/12.2 |
| D335,902 S | * | 5/1993 | Tsai | ............................. | D21/451 |
| D362,470 S | * | 9/1995 | Smith | ........................... | D21/443 |
| D386,255 S | * | 11/1997 | Ying-Teng | ................. | D12/320 |
| D392,696 S | * | 3/1998 | Johnson | ...................... | D12/325 |
| 5,984,753 A | * | 11/1999 | Perez | ................. | A63H 33/18 |
| | | | | | 446/46 |
| D417,896 S | * | 12/1999 | Eisner | .......................... | D21/451 |
| D428,449 S | * | 7/2000 | Christianson | ................ | D21/398 |
| D430,530 S | * | 9/2000 | Milde, Jr. | ................... | D12/320 |
| D487,048 S | * | 2/2004 | Brunner | ...................... | D12/325 |
| D516,659 S | * | 3/2006 | Chiang | ........................ | D21/801 |

(Continued)

*Primary Examiner* — Marissa J Cash

(57) **CLAIM**

The ornamental design for a toy aircraft, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a toy aircraft showing my new design;
FIG. **2** is another perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side elevational view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a top plan view thereof; and,
FIG. **8** is a bottom plan view thereof.
The broken lines in the drawings depict boundaries of the toy aircraft that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



## US D891,522 S
Page 2

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D518,546 S | * | 4/2006 | Chiang | D21/801 |
| D526,029 S | * | 8/2006 | Ragonetti | A01K 15/025 |
| | | | | D21/444 |
| D543,495 S | * | 5/2007 | Williams | D12/345 |
| D543,928 S | * | 6/2007 | Sanders, Jr. | B64C 27/12 |
| | | | | D12/319 |
| 7,273,195 B1 | * | 9/2007 | Golliher | A63H 27/12 |
| | | | | 244/17.11 |
| 7,407,132 B2 | * | 8/2008 | Kirjavainen | B64C 39/001 |
| | | | | 180/117 |
| D612,318 S | * | 3/2010 | Cardozo | D12/319 |
| D624,132 S | * | 9/2010 | Cheng | D21/451 |
| D640,979 S | * | 7/2011 | Presz, Jr. | D13/115 |
| D644,606 S | * | 9/2011 | Presz, Jr. | D13/115 |
| 8,033,498 B2 | * | 10/2011 | Blackburn | B64C 27/82 |
| | | | | 244/17.23 |
| D664,214 S | * | 7/2012 | Yuen | D21/441 |
| D665,351 S | * | 8/2012 | Presz, Jr. | D12/345 |
| D665,736 S | * | 8/2012 | Presz, Jr. | D13/115 |
| D669,836 S | * | 10/2012 | Ordonez | D12/213 |
| D697,145 S | * | 1/2014 | Wong | D21/436 |
| D740,892 S | * | 10/2015 | Chen | D21/444 |
| D778,370 S | * | 2/2017 | Moore | D21/443 |
| D780,665 S | * | 3/2017 | Blincow | D12/320 |
| D795,787 S | * | 8/2017 | Blanpain | D12/345 |
| 9,725,158 B2 | * | 8/2017 | Yan | B64C 17/02 |
| D796,414 S | * | 9/2017 | Fenny | D12/328 |
| D798,795 S | * | 10/2017 | Fenny | D12/328 |
| D814,349 S | * | 4/2018 | Ettinger | D12/16.1 |
| D815,580 S | * | 4/2018 | Kim | D12/325 |
| D817,251 S | * | 5/2018 | Kim | D12/325 |
| D817,252 S | * | 5/2018 | Kim | D12/325 |
| D821,264 S | * | 6/2018 | Choo | D12/16.1 |
| D830,228 S | * | 10/2018 | Grassi | D12/16.1 |
| D830,897 S | * | 10/2018 | Choi | D12/16.1 |
| 10,112,694 B2 | * | 10/2018 | Yan | B64C 17/00 |
| D847,019 S | * | 4/2019 | Kim | D12/16.1 |
| D847,021 S | * | 4/2019 | Kim | D12/16.1 |
| D853,311 S | * | 7/2019 | Gao | D12/345 |
| D855,007 S | * | 7/2019 | Hu | D12/328 |
| D856,259 S | * | 8/2019 | Li | D12/328 |
| D859,536 S | * | 9/2019 | Cope | D21/443 |
| D866,395 S | * | 11/2019 | O'Brien | D12/16.1 |
| D867,207 S | * | 11/2019 | O'Brien | D12/16.1 |
| D885,976 S | * | 6/2020 | Jang | D12/16.1 |
| 2002/0142699 A1 | | 10/2002 | Davis | |
| 2016/0272317 A1 | * | 9/2016 | Cho | G08G 1/162 |
| 2018/0111684 A1 | * | 4/2018 | Namgoong | G08G 5/0013 |
| 2019/0291858 A1 | * | 9/2019 | Li | B64C 27/08 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8