**Schedule "A"**

| No. | Seller ID/ business name | Seller Aliases |
|-----|--------------------------|----------------|
| 1. | A1UB7WOBK4YSEE | Yihanshenzhendianzikejiyouxiangongsi |
| 2. | A12X8SF51HA53C | Yantaikeer |
| 3. | A1FHZAGRAGWY70 | zooey us |
| 4. | A3M8ZMYPH5L45V | Uni Land |
| 5. | A3QJ2MR3P3I66D | VECE |
| 6. | A37NRCMVS6CLXQ | ykjhallen |
| 7. | AH3QP187JEFU7 | WFeng LTD |
| 8. | A2OVB7OV4XVORW | YHXBAM |
| 9. | A2TPIDG2YL379S | shishishidaweiyebianlidian |
| 10. | A3TR6K3168OMY9 | FreegoUSA |
| 11. | A3EKCU4UMPULEA | HONGYUmy |
| 12. | AZQ8YOQK104NW | Chengdu Hengzhoutan Network Technology Co., Ltd.c |
| 13. | A17NMPNXA4BIIG | HBTSW-US |
| 14. | A2DK0DQYAZBTBC | yichangwanzhangdianzishangwuyouxiangongsi |
| 15. | A39QDB4N8O83WI | yuguangshise |
| 16. | A1NK2J5MORCJCJ | Chengduchengguitongkejiyouxiangongsi |
| 17. | AMY3FL5COYO5G | Zhuliminstore |
| 18. | AO6MV26K8Y7S0 | yingleyouxuanshangmao |
| 19. | AQBRTOP75DFN2 | haikoushichenyixinshangmao |
| 20. | A3ATVPTFRHR5IU | Ketai-US |
| 21. | A28RFOMZASSF5X | HEJIMIAOSHUAN |
| 22. | A3RPLEJBTJ5VYW | Eletespt |
| 23. | A233CAXBSXYUXU | Yyds |
| 24. | A2A48R89PLDKNC | Xrainbow |

| 25. | A27VV5SCUGI92Q | Zhong Yang 2021 |
| 26. | A2KP7128OJ9SC4 | LIANHE |
| 27. | A172BERQTAG1LS | 1SALEWEEKLY |
| 28. | A12ZU070N56TRX | TensaiToys |
| 29. | A3L1CRH661VWYM | zhouzhou121 |
| 30. | A3H5LBXYLGCQ9L | LuCKy |
| 31. | A1LR87B85HVH3C | Sword net 3 |
| 32. | A3IEPB2Z8F41D6 | kvbnxx1260 |
| 33. | shenzhenshiaierlinkejiyouxian gongsi | erlin |
| 34. | A2RS8PZLW50I7P | HKSJHFKJDSHJFDCV |
| 35. | A2TDQJOQ9DC157 | Lixuandianzi |
| 36. | A1TPET7BMNPM25 | xiaoying321 |
| 37. | A2BSSO0MV7UAMG | MCT STORE |
| 38. | A223D8LUD1KZVE | bubushenghui |
| 39. | A23GJH153NHUPX | Ysq Store (Dream from heart) |
| 40. | A2H1GE76JYP0V9 | GOOD COW |
| 41. | A36CFMRTCBWKPX | Veczom |
| 42. | A38B0X6F9847PB | XUEUSTO |
| 43. | AQ8GVDBBQL6R8 | Fundrem |
| 44. | A22LIGO3XLXF88 | YJYUSA |
| 45. | A1D8MZDRA8PSKJ | Dongguan Jiemu Trading Co., Ltd |
| 46. | A3Q5N5R0WU4OIS | lichengquxinggexiedian |
| 47. | A16F6S6ZBT4MMB | jingbangkeji |
| 48. | A3JU2TA1I2H8JB | Congshin |